DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: patricia.cutler@usdoj.gov

Attorneys for Acting United States Trustee
August B. Landis

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 11-30667 TEC |
| ) | |
| **RANDALL THOMAS FISHER,** ) | Chapter 7 |
| ) | |
| ) | NO HEARING NECESSARY |
| Debtor. ) | |
| ) | |
| ) | |

## UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS

August B. Landis, Acting United States Trustee for Region 17, moves *ex parte* for an order directing Randall Thomas Fisher, the debtor in the above-captioned case, to produce certain documents and to submit for an examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure and, in support, states:

1. Debtor filed his voluntary petition for chapter 7 relief on February 23, 2011. The section 341 meeting of creditors was held and concluded on March 28, 2011.

2. Debtor's Chapter 7 Statement of Current Monthly Income and Means Test Calculation is marked presumption arises.

2. The U.S. Trustee requests documentary evidence and intends to examine Debtor concerning the acts, conduct, or property of the Debtor, Debtor's liabilities and financial condition

UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004
EXAMINATION AND TO PRODUCE DOCUMENTS

and/or matters which may affect the administration of Debtors' estate. This information is needed to determine whether grounds exist to file a motion under 11 U.S.C. § 707, and/or a complaint under 11 U.S.C. § 727, or take other appropriate action.

3. The U.S. Trustee requests that the Debtor be ordered to produce copies or originals of the following documents to the attention of the undersigned at the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, CA 94104, so as to be **received** on or before **1:30 p.m. on April 26, 2011**:

    A. Payment advices received by Debtor from all employers for the period January 1, 2010 through July 31, 2010.

4. The U.S. Trustee further requests that debtor be ordered to appear for and submit to an examination under Rule 2004 on **April 26, 2011 at 1:30 p.m.,** at the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, California, or at such other time(s) and place(s) as may be agreed to in writing by the parties.

**WHEREFORE**, the U.S. Trustee requests entry of an order requiring the debtor to produce the aforementioned documents and to appear for and submit to examination under Rule 2004 as requested above.

Dated: April 7, 2011
                       Respectfully submitted,
                       August B. Landis, Acting United States Trustee

                       By:   /s/ Patricia A. Cutler
                              Trial Attorney for the Acting U. S. Trustee

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

**[PROPOSED] ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Debtor
Randall Thomas Fisher
1646 Filbert St.
San Francisco, CA 94123

Debtor's Counsel
Marty K. Courson
Law Offices of Marty K. Courson
The Hobart Bldg.
582 Market St. #412
San Francisco, CA 94104-5305

Chapter 7 Trustee
Andrea A. Wirum
P.O. Box 1108
Lafayette, CA 94549

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 7, 2011.

By: /s/
    Ianthe V. del Rosario

UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS

Case: 11-30667   Doc# 9   Filed: 04/07/11   Entered: 04/07/11 14:45:51   Page 3 of 3